■ In the Matter of HUGO F. HUGO T., Appellant, v JEANNINE F., Respondent. [671 NYS2d 259] —Order, Family Court, New York County (Rhoda Cohen, J.), entered on or about October 29, 1996, which denied petitioner's application to modify the order of visitation by awarding him unsupervised visitation, unanimously affirmed, without costs.

In view of the documented and undisputed history of domestic violence, unsupervised visitation was clearly inappropriate. Concur—Sullivan, J. P., Rosenberger, Nardelli, Rubin and Andrias, JJ.